UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 28  P 12: 49

AT BALTIMORE

_____ DEPUTY

February 28, 2002

MEMORANDUM TO MR. WHITE RE:   Micah S. Fooks, et al. v.
                              Amy Mitchell, etc.
                              Civil #L-01-3974

Dear Mr. White:

The court file reflects that a summons was issued on December 20, 2001 for defendant Amy Mitchell, but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before March 11, 2002, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File