

Wright, Constable & Skeen, L.L.P.   |   Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR 12  A 10: 49

AT BALTIMORE

_____ DEPUTY

March 8, 2002

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
Michael A. Stanley
Howard S. Stevens*
Victoria August
Joy K. Sakellaris
W. Jay Lee

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone  410-825-0750
Fax     410-825-0715

www.wcslaw.com

Writer's Direct Dial/E-mail:
(410) 659-1304/swhite@wcslaw.com

The Honorable
Benson Everett Legg
United States District Judge
U.S. District Court for
 the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re: Micah S. Fooks and Jennifer Fooks v.
       Amy Mitchell, Personal Representative of the
       Estate of Jonathan Brooks Mitchell
       Civil Action No. L-01-3974

Dear Judge Legg:

  I am writing to further update you regarding progress in the above case.

  On March 8, 2002 I was contacted by Michael McCauley, Esq., who has just received the file, and who has been asked to enter his appearance on behalf of the defendant. I had previously agreed with the defendant's insurance representative to extend the time to file a responsive pleading until March 15, 2002. Mr. McCauley has requested, and I have agreed, to informally extend his time to file a responsive pleading until Friday, March 22, 2002. Hopefully this meets with the court's approval.

  Please contact me if you need any additional information or if you do not agree with this action. Your attention is appreciated.

APPROVED THIS _____ DAY OF _March, 2002_

_BLegg_
BENSON EVERETT LEGG, U.S.D.J.

Very truly yours,

Stephen F. White

118626 v. (08693.00001)
* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia

The Honorable
Benson Everett Legg
March 8, 2002
Page 2

cc:

Michael McCauley, Esquire
Palmer, Biezup & Henderson, LLP
620 Chestnut Street, Suite 956
Philadelphia, Pennsylvania  19106-3409

118626 v. (08693.00001)