$50 FEE PAID
#118389
FEE NOT PAID
(SEND LETTER)

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 22 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Micah S. Fooks and
Jennifer Fooks
    Plaintiff(s)

vs.

Amy Mitchell, Personal Representative of the Estate of
Jonathan Brooks Mitchell
    Defendant(s)

ORIGINAL

Case No.: L-01-3974

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen M. Calder, am a member in good standing of the bar of this Court. My bar number is 05660. I am moving the admission of Michael B. McCauley to appear *pro hac vice* in this case as counsel for Defendant, Amy Mitchell.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| USDC - ED PA | 5/1980 |
| USDC - District of DE | 12/1985 |
| USDC - District of NJ | 6/1986 |
| USDC - Southern Dist. of NY | 4/1991 |
| U.S. Supreme Court | 6/1995 |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant ~~or~~   Stephen M. Calder   , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Stephen M. Calder | Michael B. McCauley |
| Printed Name | Printed Name |
| Palmer Biezup & Henderson LLP | Palmer Biezup & Henderson LLP |
| Firm | Firm |
| 956 Public Ledger Building | 956 Public Ledger Building |
| 620 Chestnut Street | 620 Chestnut Street |
| Address Philadelphia, PA 19106 | Address Philadelphia, PA 19106 |
| 215 625 9900 | 215 625 9900 |
| Telephone Number | Telephone Number    Prid 28 35606 |
| 215 625 0185 | 215 625 0185    Plid 8645 |
| Fax Number | Fax Number |

*******************************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

3/28/02                          *[signature]* B. Legg
Date                             United States District Judge